IN THE COURT OF APPEALS OF MARYLAND

Judicial Disabilities Docket No. 2

September Term, 2017

───────────────────────────────

IN THE MATTER OF THE HONORABLE

MARY C. REESE, JUDGE OF THE DISTRICT

COURT OF MARYLAND FOR HOWARD

COUNTY, TENTH JUDICIAL CIRCUIT

───────────────────────────────

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

───────────────────────────────

ORDER

───────────────────────────────

Filed: March 22, 2018

IN THE MATTER OF

THE HONORABLE

MARY C. REESE

* IN THE

* COURT OF APPEALS

* OF MARYLAND

* JD DOCKET NO. 2

* September Term, 2017

## **ORDER**

WHEREAS, the Maryland Commission on Judicial Disabilities ("Commission"), pursuant to Maryland Rule 18-407 (j) and (k), referred to this Court the case of *In the Matter of the Honorable Mary C. Reese, Judge of the District Court of Maryland for Howard County, Tenth Judicial Circuit, Case Nos. CJD 2015-132, CJD 2015-133, and CJD 2015-134* for expedited consideration pursuant to Maryland Rule 18-408(a), and

WHEREAS, the Commission alleged that Judge Reese violated the Maryland Code of Judicial Conduct, specifically Maryland Rules 18-101.1 and 18-102.5, as a result of her presiding over a peace order hearing in the District Court of Maryland sitting in Carroll County, and

WHEREAS, this Court having concluded that the Commission did not prove by clear and convincing evidence that Judge Reese lacked the competence and diligence necessary to complete her judicial responsibilities or otherwise committed sanctionable conduct, as defined by Maryland Rule 18-401(j), and

WHEREAS, this Court held Oral Argument on March 6, 2018 and for reasons to be stated in an opinion later to filed, it is this 22nd day of March 2018,

**ORDERED**, by the Court of Appeals, that this proceeding against Judge Mary C. Reese be, and is, hereby dismissed with prejudice.

/s/ Mary Ellen Barbera
Chief Judge


cc:   Kendra R. Jolivet, Esq.
      Tanya C. Bernstein, Esq.
      Andrew J. Graham, Esq.
      Louis P. Malick, Esq.